UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRADLEY JOSEPH LAWRENCE SAVOY | * | CIVIL ACTION |
| VERSUS | * | NO. 26-664 |
| CAESAR'S ENTERTAINMENT, INC. ET AL. | * | SECTION "J" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Plaintiff Bradley Joseph Lawrence Savoy's request for class certification is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claim is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and/or pursuant to 28 U.S.C. § 1367(c)(3).

New Orleans, Louisiana, this 20th day of July, 2026.

_____

CARL J. BARBIER

UNITED STATES DISTRICT JUDGE